```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 08-21141-CIV-GRAHAM
                         MAGISTRATE JUDGE P.A. WHITE
```

EMANUEL CHARLES,             :

    Petitioner,          :
                                              REPORT RECOMMENDING DENIAL OF
v.                           :   CERTIFICATE OF APPEALABILITY
                                              STATE HABEAS CORPUS
DEPT. OF CORRECTIONS,        :       (de#17 & 18)

    Respondent.          :
_____

    This Cause is before the Court upon the petitioner's notice of appeal and certificate of appealability filed pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996.  The petitioner has also filed a motion for leave to proceed in forma pauperis.  These motions have been referred to the undersigned for consideration and report.

    A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

    To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).  Review of the file in this case reveals that the petitioner has added no additional facts to demonstrate that a constitutional violation has occurred.

It is therefore recommended that the Court deny the motion for certificate of appealability. (DE#17)

It is further recommended that the petitioner's motion to proceed in forma pauperis on appeal, filed pursuant to Fed.R.App.P. 24(a), also be denied because the appeal is not taken in good faith, there having been no substantial showing of the denial of a constitutional right. (DE#18)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 6th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Emanuel Charles, Pro Se
      Address of record

      Appeals Section
      United States District Court