UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-21141-CIV-GRAHAM/WHITE

EMANUEL CHARLES,

    Plaintiff,

vs.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Certificate of Appealability [D.E. 17], and Motion for Leave to Appeal in Forma Pauperis [D.E. 18].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on June 12, 2009 [D.E. 20]. On July 7, 2009, the Magistrate Judge issued a Report [D.E. 22] recommending that the Motion for Certificate of Appealability [D.E. 17], and Motion for Leave to Appeal in Forma Pauperis [D.E. 18] be denied. Although Petitioner filed Objections to the Magistrate Judge's Report, the Court finds that Petitioner's Objections lack merit.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge

White's Report [D.E. 22] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Certificate of Appealability [D.E. 17], and Motion for Leave to Appeal in Forma Pauperis [D.E. 18] are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of August 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:   U.S. Magistrate Patrick A. White
      Emanuel Charles, Pro Se